922

·April 1, 1971.

M. P. No. 1213. WILMA JONES *et al. v.* BEVERLY ACIZ *et al.* Motion to supplement record by incorporating Amended Order of District Court in the files of Supreme Court is granted. *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Special Asst. Attorney General, Intervenor. *James L. O'Neill,* Rhode Island Legal Services, Inc., for defendants-petitioners.

M. P. No. 1300. LAWRENCE LEMA, *p.p.a. et al. v.* ANTHONY TRAVISONO *et al.* Motion for writ of habeas corpus denied. *Barry A. Fisher* and *Peter W. Thoms,* Rhode Island Legal Services, for petitioners. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondents.

M. P. No. 1334. STATE *v.* RAYMOND WILBUR. Petition for writ of certiorari denied without prejudice petitioner having failed to comply with provisions of Rule 15 of Supreme Court. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *James Cardono* Public Defender, for defendant-petitioner.

M. P. No. 1344. CHERNOV ENTERPRISES, INC. *v.* DEEB G. SARKAS, *Liquor Control Administrator.* Motion for leave to file petition for writ of certiorari granted, to issue forthwith. *Seth K. Gifford,* for petitioner. *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Special Asst. Attorney General, for respondent.

M. P. No. 1356. WILLIAM J. MCGAIR *v.* ABRAHAM GOLDSTEIN. Motion for leave to file petition in equity in the nature of quo warranto is granted, to issue forthwith. *DelSesto and DelSesto, Christopher T. DelSesto,* for petitioner. *Abraham Goldstein,* respondent, pro se.

Ex. No. 1297. STATE *ex rel.* ROBERT SCOTT *v.* ARAM K. BERBERIAN. Motion of defendant for a special assignment granted and matter assigned to October 1971 calendar for hearing on the